CHARLES STOLL, Appellant, *v.* H. HOBACK, Respondent.

*Appeal from Multnomah County.*

1. Construction of section 64, page 595, of the Code.
2. Appeals do not lie from a judgment, by a justice of the peace, given for an amount less than twenty dollars, exclusive of costs.

APPELLANT commenced an action before a justice of the peace to recover the value of a small safe, alleged to be reasonably worth sixteen dollars in legal tender notes. Respondent filed an answer, admitting the claim of appellant, and setting up a counter-claim to the amount of twenty-seven dollars in legal tenders, with which appellant took issue in his replication.

The justice gave judgment in favor of appellant for the sum of sixteen dollars.   Respondent appealed from the judg-

ment to the Circuit Court; and in that court appellant moved to dismiss the appeal because it was taken from a judgment given by a justice for a less sum than twenty dollars. This motion was overruled by the Circuit Court, and a judgment given against appellant for costs and disbursements. The appellant took exceptions to ruling and appealed to this court.

*Mitchell & Dolph,* for appellant.

*O. P. Mason, Esq.,* for respondent.

PRIM, J.    The question to be determined in this case is whether the respondent was entitled, under the Code, to an appeal from the judgment of the justice of the peace, it being rendered for a sum less than twenty dollars.

*Section* 64 *of chapter* 9 *of the Code,* 595, provides for appeals from the judgments of justices of the peace in these words: "Either party may appeal from a judgment given in a Justice's Court in a civil action for a sum not less than twenty dollars; or, for the recovery of personal property of the value of not less than twenty dollars, exclusive of costs," etc.

The word *sum* in this section evidently refers to the amount of the judgment given by the justice rather than to the amount in controversy between the parties as is claimed by the respondent. Then, under this section, we hold that if the judgment of the justice of the peace is given for a sum less than twenty dollars, both parties are concluded from the right of appeal and the judgment becomes final, although the amount claimed by the plaintiff or defendant may be for a larger sum.    It is insisted that this construction may prove a hardship in some cases; but this is a matter for the consideration of the legislature, and not for this court.

Judgment reversed.